# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **MELANIE BRADY,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) CIVIL ACTION NO. |
| | ) 3:15-cv-00853-DJH-DW |
| **MIDLAND CREDIT MANAGEMENT, INC.,** | ) ) ) |
| **Defendant.** | ) ) |

## JOINT NOTICE OF SETTLEMENT

**COME NOW** plaintiff Melanie Brady and defendant Midland Credit Management, Inc. (collectively, "the parties"), by and through their undersigned counsel, and hereby notify the Court that a tentative settlement agreement has been reached between the parties. The parties are presently drafting, finalizing, and executing the settlement and dismissal documents. The parties request forty-five (45) days to finalize the settlement documents and to file a stipulation of dismissal with the Court.

Respectfully submitted this 4th day of February, 2016.

*/s/ James H. Lawson* (with permission)
James H. Lawson
*Lawson at Law, PLLC*
115 Sherrin Avenue, Unit #4
Louisville, KY 40207
Phone: (502) 473-6525
Email: james@kyclc.com

Attorney for Plaintiff
MELANIE BRADY

26553004 v1

                      */s/ Reid S. Manley*
                      Reid S. Manley
                      Kentucky Bar No. 90360
                      BURR & FORMAN LLP
                      420 North 20th Street, Suite 3400
                      Birmingham, Alabama  35203
                      Telephone: (205) 251-3000
                      Facsimile: (205) 458-5100
                      rmanley@burr.com

                      Attorney for Defendant
                      MIDLAND CREDIT MANAGEMENT, INC.